UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

NECIA LYN BATTENFIELD            :        CIVIL ACTION NO. 2:11-CV-1537

VS.                               :        JUDGE MINALDI

WAL-MART STORES, INC., ET AL.    :        MAGISTRATE JUDGE KAY

**REPORT AND RECOMMENDATION**

Before the court is the Motion to Dismiss Improperly Joined Defendants, Krystal Jones and Charlene Trahan [Doc. 7] filed by defendants Wal-Mart Louisiana LLC and Wal-Mart Stores Inc.  In a separately issued Memorandum Order, this court denied plaintiff's Motion to Remand and determined that Krystal Jones and Charlene Trahan were improperly joined as defendants.  For the reasons stated in that Memorandum Order, IT IS RECOMMENDED that the Motion to Dismiss be GRANTED.

Under the provisions of 28 U.S.C. § 636(b)(1)(C) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties have fourteen (14) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court.  Timely objections will be considered by the district judge prior to a final ruling.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of its service shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain

-1-

error.  *See Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1429–30 (5th Cir. 1996).

THUS DONE this 8th day of March, 2013.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE