RECEIVED
IN LAKE CHARLES, LA.

APR 04 2013

TONY R. MOORE, CLERK
BY\_\_\_\_PAT\_\_\_\_
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| NECIA LYN BATTENFIELD | : | DOCKET NO. 2:10 CV-1537–PM-KK |
| VS. | : | JUDGE MINALDI |
| WAL-MART STORES INC., ET AL. | : | MAGISTRATE JUDGE KAY |

### ORDER

**IT IS ORDERED** that the undersigned is **RECUSED** from this case.

**IT IS FURTHER ORDERED** that this case be referred to Chief Judge Dee Drell for reassignment.

Lake Charles, Louisiana, this 4 day of April 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE