RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 8/13/13
BY _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| NECIA LYN BATTENFIELD | CIVIL ACTION NO. 11-1537 |
| VERSUS | JUDGE DONALD E. WALTER |
| WAL-MART STORES, INC., ET AL. | MAGISTRATE JUDGE KAY |

## ORDER

Before the Court is a Report and Recommendation of the Magistrate Judge in the above captioned matter. [Doc. 44]. In her Report & Recommendation, Magistrate Judge Kay recommends this Court grant Defendants' Motion to Dismiss the Improperly Joined Defendants [Doc. 7] for the reasons stated in the court's memorandum ruling denying Plaintiff's motion to remand.

Upon due consideration of the Magistrate Judge's Report and Recommendation, this Court adopts the Report and Recommendation [Doc. 44]. Defendants' Motion to Dismiss the Improperly Joined Defendants [Doc. 7] is hereby **GRANTED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 13th day of August, 2013.

*/s/ Donald E. Walter*
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE